```
1  BILAL A. ESSAYLI
   United States Attorney
2  CHRISTINA T. SHAY
   Assistant United States Attorney
3  Chief, Criminal Division
   ALIX R. SANDMAN (Cal. Bar No. 313430)
4  Assistant United States Attorney
   General Crimes Section
5       1200 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-6772
7       Facsimile: (213) 894-0142
        E-mail:    alix.sandman@usdoj.gov
8
   Attorneys for Respondent
9  UNITED STATES OF AMERICA
```

             UNITED STATES DISTRICT COURT

          FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-cr-00514-SRM |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE |
| ASHLEY RODRIGUEZ et al., | |
| Defendant. | |

Plaintiff United States of America hereby advises the Court that the above-captioned case has been reassigned to a new Assistant United States Attorney ("AUSA") as follows:

| | Name | E-mail Address |
|---|---|---|
| Previously Assigned AUSA | Joshua Lee | joshua.lee2@usdoj.gov |
| Assigned AUSA | Alix R. Sandman | alix.sandman@usdoj.gov |

Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that the newly

assigned AUSA is associated with this case as attorney of record for the United States and that she receives all e-mails relating to the filings in this case.

Dated: July 1, 2025                  Respectfully submitted,

                                          BILAL A. ESSAYLI
                                        United States Attorney

                                        CHRISTINA T. SHAY
                                        Assistant United States Attorney
                                        Chief, Criminal Division

                                        */s/ Alix R. Sandman*
                                        ALIX R. SANDMAN
                                        Assistant United States Attorney

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA