FILED
CLERK, U.S. DISTRICT COURT
6/23/25
CENTRAL DISTRICT OF CALIFORNIA
BY: ____MR____ DEPUTY

1  BILAL A. ESSAYLI
   United States Attorney
2  CHRISTINA T. SHAY
   Assistant United States Attorney
3  Chief, Criminal Division
   JOSHUA J. LEE (Cal. Bar No. 318332)
4  Assistant United States Attorney
   General Crimes Section
5       1200 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-3183
7       Facsimile: (213) 894-0142
        E-mail:    Joshua.Lee2@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10
                    UNITED STATES DISTRICT COURT
11
                FOR THE CENTRAL DISTRICT OF CALIFORNIA
12
13 | UNITED STATES OF AMERICA,        | No. 2:25-mj-03506-DUTY
   |                                  |
14 |           Plaintiff,             | [████████] ORDER TO DISMISS
   |                                  | COMPLAINT WITHOUT PREJUDICE
15 |           v.                     | AGAINST DEFENDANTS PURSUANT TO
   |                                  | FEDERAL RULE OF CRIMINAL PROCEDURE
16 | ASHLEY RODRIGUEZ, and            | 48(a)
   | JOCELINE RODRIGUEZ,              |
17 |                                  |
18 |           Defendants.            |

19
20      The Court has read and considered the government's motion to
21 dismiss the complaint without prejudice against defendants Ashley
22 Rodriguez and Joceline Rodriguez.  The Court finds that there is good
23 cause to dismiss the complaint in the interests of justice.
24 ///
25 ///
26 ///
27
28

Accordingly, IT IS HEREBY ORDERED that the complaint is dismissed without prejudice against defendants Ashley Rodriguez and Joceline Rodriguez in the interests of justice.

IT IS SO ORDERED.

June 23, 2025
DATE

HONORABLE PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

Presented by:

         /s/
JOSHUA J. LEE
Assistant United States Attorney