UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – ARRAIGNMENT

| | |
|---|---|
| Case No. 2:25-cr-00514-SRM | Date: 07/15/2025 |
| Present: The Honorable: Patricia Donahue, United States Magistrate Judge | |
| Interpreter N/A | Language N/A |

| Isabel Verduzco | CS 07/15/2025 | Robert Quealy |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s) ✓ Present Released on Bond | Attorneys for Defendants: ✓ Present CJA |
|---|---|
| Ashley Rodriguez | Kenneth A Reed |

**Proceedings:** Arraignment of Defendant and/or   ✓ Assignment of Case   Appointment of Counsel
Initial Appearance

* Defendant states true name is the name on the Information Class A.
* Defendant is arraigned under name on the Information Class A.
* Defendant acknowledges having read the Information Class A and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Information Class A.
* This case is assigned to Judge Serena R. Murillo.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 08/19/2025 8:30 AM;
Pre-Trial Conference: 07/31/2025 11:00 AM
* The parties are referred to Judge Murillo's Procedures and Schedules page located on the Court's website at www.cacd.uscourts.gov. Judge Murillo is located in 5D, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:  PSALA    PSAED    PSASA
     USMLA    USMED    USMSA
     Statistics Clerk    Interpreter
   ✓ CJA Supervising Attorney    Fiscal

Initial Appearance/Appointment of Counsel: 00 : 00
Arraignment: 00 : 05
Initials of Deputy Clerk: IV by TRB